# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Catherine Ju

                       Plaintiff,

v.                                                 Case No.: 1:11−cv−00333
                                                      Honorable Ruben Castillo

MIG Capital Management, Inc.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 23, 2011:

      MINUTE entry before Honorable Ruben Castillo:After a careful review of the case docket, the Court hereby enters a default against defendant MIG Capital Management, Inc. for failure to timely appear, answer or otherwise plead to the complaint. The Court will retain jurisdiction to enter a final judgment. The parties are requested to fully exhaust all settlement possibilities prior to filing any additional pleadings. The settlement conference set for 3/24/2011 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.